# JOSEPH & KIRSCHENBAUM LLP
Attorneys at Law

Charles Joseph
D. Maimon Kirschenbaum
Matthew D. Kadushin
Michael D. Palmer
Denise A. Schulman

Of Counsel:
Diane Hester
Michael DiChiara*
*Also admitted in NJ & MA

The Woolworth Building
233 Broadway, 5th Floor
New York, NY 10279
Phone (212) 688-5640
Fax (212) 688-2548
www.jhllp.com

August 10, 2012

**VIA ECF**

Hon. Cheryl L. Pollak
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re: **Punter et al. v. Abigail Kirsch at Stage Six, LLC et al.**
           **No. 12 Civ. 2783**

Dear Judge Pollak:

    We represent the Plaintiffs in the above-referenced action. Pursuant to the Court's July 19, 2012 Order, we write to advise the Court that the parties have reached a settlement. The parties are in the process of executing the settlement agreement and will file a stipulation of dismissal shortly. We thank the Court for its attention to this matter.

                                                    Respectfully submitted,

                                                    Denise A. Schulman

cc: Eli Freedberg, Esq. (via e-mail)